**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATERIA MUSIC, INC., | Civil Action No.:   26cv3416 |
| Plaintiff, | |
| v. | **COMPLAINT AND JURY DEMAND** |
| MERCHBAR, INC., | |
| Defendant. | |

Plaintiff, Materia Music, Inc. ("*Plaintiff*" or "*Materia*"), by and through its undersigned counsel, brings this Complaint against Defendant Merchbar, Inc. ("*Defendant"* or *"Merchbar"*), and alleges on knowledge as to its own acts and otherwise on information and belief as follows:

## NATURE OF THE ACTION

1.      This is an action for, *inter alia*, breach of contract, trademark infringement, false association and false advertising, and unfair competition in violation of the laws of the United States and the common laws of various states.

2.      This action arises out of Merchbar's pattern and practice of (1) acting as a sales agent and payment processor for Materia products without remitting payment to Materia despite Materia fulfilling such all orders procured by Merchbar and Merchbar receiving payment from the customer and (2) after Materia terminated Merchbar's rights to list Materia products for sale through its website, fraudulently continuing to use Materia's well-known and highly valuable trademarks and images of Materia's goods on its website to falsely lure consumers into believing Materia goods could be purchased directly from Merchbar thereby creating a false association with Materia and Materia's high-quality music-related products.

1

#12157700v1

## JURISIDICTION & VENUE

3.      The Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338 and 1367.  Materia's claims are predicated upon the Lanham Trademark Act of 1946, as amended, 15 U.S.C. § 1051, et seq., and related claims under the statutory and common law of the State of New York.  This Court has supplemental jurisdiction over the state claims under 28 U.S.C. § 1367 in that those claims are related to claims under this Court's original jurisdiction and form part of the same case or controversy under Article III of the United States Constitution.

4.      Venue is proper in this district pursuant to 28 U.S.C. § 1391 (b) and (c) in that Defendant transacts business, or may otherwise be found, in this judicial district, the acts complained of have occurred and are occurring in this judicial district, and Defendant resides in this judicial district by virtue of the following contractual choice of law and forum selection clause agreed to by the parties making Defendant subject to this court's personal jurisdiction:

> All claims or disputes arising out of or in connection with this Agreement shall be heard exclusively by any of the federal or state courts of competent jurisdiction located in the Borough of Manhattan, New York City, New York. To that end, each party irrevocably consents to the exclusive jurisdiction of, and venue in, such courts, and waives any (i) objection it may have to any proceedings brought in any such court, (ii) claim that the proceedings have been brought in an inconvenient forum, and (iii) right to object (with respect to such proceedings) that such court does not have jurisdiction over such party.

## GENERAL ALLEGATIONS

## PARTIES

5.      Plaintiff is a corporation operating as a record label and music production company with its principal place of business located at 401 Baker Blvd., Tukwila, WA 98188.

6.      Upon information and belief, Defendant is a corporation organized under the laws of Delaware that operates as an online retail company. Upon further information and belief,

2

#12157700v1

Defendant has business addresses at 400 East 57th Street, 9C, New York, NY and 315 Montgomery St., Suite 1003, San Francisco, CA 94106.

## SPECIFIC ALLEGATIONS

**The Merchandise Sale Agreement**

7.      Materia is an independent record company, music publisher, and music production company based out of Seatle, Washington. It was one of the first and largest independent record companies to focus exclusively on video game music.  As a result, it has become the most well-known and largest source of music and related merchandise in the video game music genre.

8.      To expand the distribution of its products, in or around February 14, 2018, Materia entered into a sales agent agreement with Merchbar (the "*Agreement*").

9.      The purpose of Materia and Merchbar entering into the Agreement was to allow Merchbar to procure sales for Materia's records and other merchandise and products through the www.Merchbar.com online retail store ("*Merchbar Platform*").

10.      In sum, the Agreement established Merchbar as a sales and procurement agent whereby Merchbar advertised and offered Materia products for sale on the Merchbar Platform and, upon obtaining orders for such goods, Materia would fulfill such orders for Materia products directly to the purchaser.  As consideration, Merchbar received fifteen percent (15%) of the gross revenue generated by the sales of Materia products sold through the Merchbar Platform (the "*Merchbar Fee*").

11.      Pursuant to the Agreement, Merchbar was responsible for collecting all payments from consumers for the sale of Materia products through the Merchbar Platform and was obligated to hold all gross revenue collected in an account for the benefit of Materia (the "*Account*").

#12157700v1

12.     Pursuant to the Agreement, within sixty (60) days of the Account reaching a balance of one hundred dollars ($100), Merchbar was required to remit to Materia the balance of the Account minus the Merchbar Fee and any applicable sales taxes.

13.     From 2018 to July 2024, Merchbar sold Materia merchandise and products through the Merchbar Platform and collected payments from consumers for such purchases.

14.     Merchbar remitted payment to Materia within sixty (60) days of Materia's Account balance reaching one hundred dollars ($100) and continued to do so in accordance with the Agreement until a final payment in December 2021.

**Merchbar's Unlawful and Unjustified Retention of Materia Sales Proceeds**

15.     In the ordinary course, after December 1, 2021, Merchbar continued to advertise and procure sales of Materia merchandise and products through Merchbar Platform, and Materia continued to fulfill all such orders procured through the Merchbar Platform in accordance with the Agreement.

16.     Upon information and belief, Merchbar continued collecting all payments for such sales from customers.

17.     Despite numerous demands by Materia, Merchbar refused to remit payment of Materia's funds after Merchbar received such funds and those funds became due and owing in accordance with the Agreement.

18.     As a result of Merchbar's failure to remit payment to Materia as required under the Agreement, in July of 2024, Materia advised Merchbar that it was no longer authorized to sell any Materia products or merchandise and ceased offering products and merchandise through the Merchbar Platform.

#12157700v1

19. There still remains outstanding $281,960.23 in payments due and owing from Merchbar to Materia for products and merchandise Materia fulfilled on sales procured through the Merchbar Platform.

**Merchbar's Unauthorized Use of Materia Trademarks and False Offer of Materia Goods**

20. Since as early as 2015, Materia has widely advertised, offered for sale and sold its musical sound recordings and related products and services under the mark "MATERIA" and other MATERIA-formative marks throughout the United States (the "MATERIA Marks").

21. The public's recognition of the MATERIA Marks is enhanced by Materia's extensive advertising, and by editorial and press coverage of Materia's products.

22. As a result of its exclusive and extensive use, advertisement, and promotion, the MATERIA Marks have acquired enormous value and recognition in the United States. The MATERIA Marks are well known to the consuming public and trade as identifying and distinguishing Materia exclusively and uniquely as the source of origin of the high-quality products to which the MATERIA Marks are applied. The MATERIA Marks are inherently distinctive.

23. Materia is the owner of the following registrations with the United States Patent and Trademark Office ("USPTO"), all of which are incontestable pursuant to 15 U.S.C. §1065 (collectively, the "Registered MATERIA Marks"):

| Mark | Registration Number | Goods & Services |
|---|---|---|
| MATERIA | 5632314 | IC 009: Musical sound recordings; musical video recordings; prerecorded audio and audio/visual media, namely, prerecorded compact discs, audio cassettes, videocassettes, and phonograph records featuring music and music based entertainment; prerecorded audio and audio/visual media in digital formats, namely, downloadable audio and audio/visual files featuring music and music based entertainment. |

5

#12157700v1

| Mark | Registration Number | Goods & Services |
|---|---|---|
| MATERIA | 5647073 | IC 041: Providing a website featuring information in the field of music; Providing an entertainment website featuring non downloadable entertainment, namely, sound recordings and music videos, information and content relating to video game soundtracks, and multimedia materials in the nature of non-downloadable sound recordings and music videos, photographs and images of musicians, news, and information related to music and music entertainment; Entertainment services, namely, providing online non downloadable prerecorded musical sound and video recordings via a global computer network; Music production services; Music publishing services. |
| MATERIA COLLECTIVE | 5647066 | IC 009: Musical sound recordings; musical video recordings; prerecorded audio and audio/visual media, namely, prerecorded compact discs, audio cassettes, [ videocassettes, ] and phonograph records featuring music and music based entertainment; prerecorded audio and audio/visual media in digital formats, namely, downloadable audio and audio/visual files featuring music and music based entertainment. |
| MATERIA COLLECTIVE | 5647079 | providing a website featuring information in the field of music; Providing an entertainment website featuring non downloadable entertainment, namely, sound recordings and music videos, information and content relating to video game soundtracks, and multimedia materials in the nature of non-downloadable sound recordings and music videos, photographs and images of musicians, news, and information related to music and music entertainment; Entertainment services, namely, providing online non downloadable prerecorded musical sound and video recordings via a global computer network; Music production services; Music publishing services. |

24.     Materia is also the owner of the following USPTO applications:

| Mark | Serial Number | Goods & Services |
|---|---|---|
| MATERIA EDITIONS | 99672238 | IC 009: Downloadable electronic sheet music. |
| MATERIA EDITIONS | 99672234 | IC 016: Printed sheet music |

6

| Mark | Serial Number | Goods & Services |
|---|---|---|
| MATERIA EDITIONS | 99672238 | IC 009: Downloadable electronic sheet music. |
| MATERIA STORE | 99672214 | IC 035: On-line retail store services featuring music in the nature of pre-recorded vinyl records, CDs and cassettes; On-line retail store services featuring printed and digital sheet music. |

25.     In direct and willful violation of Materia's trademark rights in and to the MATERIA Marks, Merchbar has continued to display the MATERIA Marks in connection with products Merchbar is purportedly offering for sale on the Merchbar Platform.

26.     The acts of Merchbar in advertising and offering for sale products under the MATERIA Marks: (a) are likely to cause confusion and mistake among the consuming public that there is some affiliation, connection or association of Merchbar with Materia, and/or (b) are likely to cause confusion and mistake among the consuming public that such products are being offered to the consuming public by, or otherwise with the sponsorship or approval of Materia.

27.     Upon information and belief, Merchbar has and continues to advertise and offer for sale the products under the MATERIA Marks knowing that they were and are being sold under infringements of the MATERIA Marks.  Merchbar has engaged, and continues to engage, in a deliberate effort to cause confusion and mistake among the consuming public as to the source, affiliation and/or sponsorship of, and to gain to Merchbar, the benefit of the significant goodwill associated with the MATERIA Marks.

28.     Upon further information and belief, Merchbar has benefited from this unlawful conduct by virtue of customers purchasing what they believe will be Materia products that are ultimately not fulfilled, while Merchbar retains these customers' payments.

#12157700v1

## FIRST COUNT

### (Breach of the Agreement by Merchbar)

29.    Materia repeats and realleges the allegations set forth in the General Allegations and Specific Allegations of the Complaint as if set forth more fully at length herein.

30.    On February 14, 2018, Materia entered into the Agreement with Merchbar for the purpose of offering products and merchandise through the Merchbar Platform.

31.    Pursuant to the Agreement, Merchbar was obligated to remit payment of all gross revenues to Materia within sixty days (60) of Materia's Account reaching a balance of one hundred dollars ($100).

32.    Merchbar has failed to remit payment to Materia despite Materia continuing to fulfill products and merchandise orders through the Merchbar Platform.

33.    Despite multiple demands, Merchbar has failed to remit payment to Materia the amounts due and owing to it.

34.    Materia has complied in all material respects with its obligations under the Agreement.

35.    Merchbar's actions and omissions constitute a breach of the Agreement, and Merchbar's breach has injured and damaged Materia in an amount not less than $281,960.23.

## SECOND COUNT
### (Breach of Duty of Good Faith and Fair Dealing in Connection with the Agreement by Merchbar)

36.    Materia repeats and realleges the allegations set forth in the General Allegations and Specific Allegations and the First Count of the Complaint as if set forth more fully at length herein.

#12157700v1

37.     At all times upon entering into the Agreement, Merchbar owed an affirmative obligation and implied duty of good faith and fair dealing to Materia for Merchbar to perform its contractual duties in good faith to the ultimate benefit of Materia.

38.     Merchbar has failed to perform its duties and obligations under the Agreement in good faith, and has breached its implied duty of good faith and fair dealing.

39.     As a result of Merchbar's breach of its implied duty of good faith and fair dealing, Materia has incurred compensatory and consequential damages, including attorneys' fees and costs.

## THIRD COUNT

### (Unjust Enrichment – Alternatively Plead Against Merchbar)

40.     Materia repeats and realleges the allegations set forth in the General Allegations and Specific Allegations and the First and Second Counts of the Complaint as if set forth more fully at length herein.

41.     Merchbar has failed to remit amounts due and owing to Materia.

42.     Demand has been made upon Merchbar to remit the amount of gross revenues in the Account due and owing to Materia, but Merchbar has refused to remit payment.

43.     As a result of Merchbar's failure to remit payment to Materia, Merchbar has been unjustly enriched in an amount not less $281,960.23.

44.     As a direct and proximate result of the wrongful conduct of Merchbar, Materia has suffered and continues to suffer damages.

#12157700v1

## FOURTH COUNT

### (Trademark Infringement in Violation of 15 U.S.C. 1114)

45.     Materia repeats and realleges the allegations set forth in the General Allegations and Specific Allegations and the First, Second and Third Counts of the Complaint as if set forth more fully at length herein.

46.     Materia is the owner of the Registered MATERIA Marks, which are valid and subsisting, as well as incontestable under 15 U.S.C. § 1065.  The Registered MATERIA Marks are distinctive and relevant consumers associate them with a single source.

47.     Merchbar's continued use of the MATERIA Marks, without Materia's consent, constitutes trademark infringement in that, among other things, such use is likely to cause confusion, deception and mistake among the consuming public and trade as to the source, approval or sponsorship of the products Merchbar is purporting to offer under the MATERIA Marks.

48.     Merchbar has acted intentionally and willfully to confuse the consuming public and to trade upon the reputation and goodwill of the Registered MATERIA Marks.

49.     As a result of Merchabar's unauthorized use of the MATERIA Marks, Materia has suffered and will continue to suffer irreparable harm to its goodwill and reputation for which there is no adequate remedy at law.

50.     Absent injunctive relief, Materia will continue to suffer irreparable harm from Merchbar's continued offering for sale purported goods under the MATERIA Marks.

## FIFTH COUNT

### (False Association/Unfair Competition in Violation of 15 U.S.C. 1125(a)(1)(A))

#12157700v1

51.     Materia repeats and realleges the allegations set forth in the General Allegations and Specific Allegations and the First, Second, Third, and Fourth Counts of the Complaint as if set forth more fully at length herein.

52.     Materia owns protectible rights in the MATERIA Marks, including the Registered MATERIA Marks, which are valid and subsisting, as well as incontestable under 15 U.S.C. § 1065.

53.     The MATERIA Marks identify Materia as the single source of Materia's goods and services and represent substantial goodwill.

54.     Merchbar's continued use of the MATERIA Marks, without Materia's consent, is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Merchbar with Materia, or as to the origin, sponsorship, or approval of Merchbar's goods or services by Materia.

55.     Indeed, consumers are identical and will be seeking out authentic and sponsored Materia goods and products or otherwise will be deceived through Merchbar's unauthorized use of the MATERIA Marks to lead consumers to believe a direct affiliation with Materia.

56.     Merchbar's conduct as alleged herein constitutes false designation of origin, false or misleading description, and false or misleading representation of fact in violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

57.     Merchbar has acted intentionally and willfully to confuse the consuming public and to trade upon the reputation and goodwill of the MATERIA Marks.

58.     As a result of Merchabar's unauthorized use of the MATERIA Marks, Materia has suffered and will continue to suffer irreparable harm to its goodwill and reputation for which there is no adequate remedy at law.

#12157700v1

59.     Absent injunctive relief, Materia will continue to suffer irreparable harm from Merchbar's continued offering for sale purported goods under the MATERIA Marks.

## SIXTH COUNT

### (Common Law Trademark Infringement)

60.     Materia repeats and realleges the allegations set forth in the General Allegations and Specific Allegations and the First, Second, Third, Fourth and Fifth Counts of the Complaint as if set forth more fully at length herein.

61.     Merchbar's aforementioned acts constitute trademark infringement in violation of the common law of the State of New York.

62.     Merchbar's conduct, as alleged herein, has directly and proximately caused damage to Materia in an amount to be determined at trial.

63.     Merchbar's conduct, as alleged herein, has caused and will continue to cause irreparable injury to Materia, for which Materia has no adequate remedy at law.

## SEVENTH COUNT

### (Common Law Unfair Competition)

64.     Materia repeats and realleges the allegations set forth in the General Allegations and Specific Allegations and the First, Second, Third, Fourth, Fifth and Sixth Counts of the Complaint as if set forth more fully at length herein.

65.     Merchbar, without authorization or consent from Materia, has willfully and intentionally used the Materia Marks in commerce in connection with the advertisement, distribution, offer for sale and sale of the goods in a manner that is likely to cause confusion, mistake, or deception as to the true source or sponsorship of Merchbar's goods and services.

12

#12157700v1

66.     Merchbar's conduct has enabled Merchbar to earn profits to which Merchbar is not in law, equity or good conscience entitled, and has unjustly enriched Merchbar, all to Merchbar's profit and to Materia's damage and detriment.

67.     Merchbar's wrongful activity consisting of unauthorized use of the MATERIA Marks is likely to deceive consumers and is likely to cause confusion, mistake and deception as to the association and affiliation of Merchbar and its goods and services with Materia and Materia's products.

68.     The aforementioned acts of Merchbar constitute unfair competition in violation of the common law of the State of New York.

69.     Merchbar's misconduct has injured and will continue to injure Materia in an amount to be determined at trial, and has caused and will continue to cause irreparable injury to Materia, for which Materia has no adequate remedy at law.

## EIGHTH COUNT

### (Common Law Unfair Competition)

70.     Materia repeats and realleges the allegations set forth in the General Allegations and Specific Allegations and the First, Second, Third, Fourth, Fifth, Sixth, and Seventh Counts of the Complaint as if set forth more fully at length herein.

71.     Merchbar's conduct constitutes unfair or deceptive practices in violation of New York General Business Law § 360-l.

72.     Merchbar's bad faith use of the MATERIA Marks causes a likelihood of injury and/or actual injury to Materia's reputation, and dilutes the distinctive quality of the MATERIA Marks in that Merchbar's conduct causes a likelihood of or actual confusion or misunderstanding as to the source, approval, connection, association, or sponsorship of its goods and services.

13

#12157700v1

73.　　Upon information and belief, Merchbar's conduct was and is willful and intentional.

74.　　Merchbar's misconduct has caused and will continue to cause irreparable injury to Materia, for which Materia has no adequate remedy at law.

## PRAYER FOR RELIEF

**WHEREFORE**, Materia demands judgment as follows:

1.　　Ordering Merchbar to pay Materia Damages for breach of contract or unjust enrichment in an amount to be determined at trial but no less than $281,960.23, plus interest, costs of suit, attorney's fees and expenses, and other relief deemed equitable by the Court.

2.　　Ordering Merchbar to preserve and produce all documents and things regarding, referring or reflecting the design, manufacture, importation, exportation, distribution, promotion, advertisement, offer for sale, and/or sale of any products or services offered under or in connection with the MATERIA Marks, including, but not limited to, any written, typed, photocopied, photographed, recorded, computer generated or stored, or other communication or representation, either stored manually or digitally in any computer memory, hard drive, server or other form retrievable by a computer which are currently in Merchbar's custody, possession or control or in the custody, possession or control.

3.　　Permanently enjoining and restraining Merchbar, its respective subsidiaries, affiliates, divisions, officers, directors, principals, servants, employees, successors and assigns, and all those in active concert or participation with them from:

　　　　a.　　imitating, copying or making unauthorized use of the MATERIA Marks or any marks confusingly similar thereto;

14

#12157700v1

b.      manufacturing, importing, exporting, distributing, circulating, offering for sale, selling, advertising, promoting or displaying any products bearing any unauthorized reproduction, copy or colorable imitation of the MATERIA Marks or any marks confusingly similar thereto;

c.      using any unauthorized colorable imitation of the MATERIA Marks, or any marks confusingly similar thereto, in connection with the manufacture, promotion, advertisement, display, offering for sale, sale, production, import, export, circulation or distribution of any product in such manner as to relate or connect, or tend to relate or connect, such product in any way with Materia or to any goods sold, sponsored, approved by, or connected with Materia;

d.      engaging in any other activity constituting unfair competition with Materia or constituting an infringement of the MATERIA Marks or of Materia's rights in, or its right to use or exploit such trademarks, and the reputation and the goodwill associated therewith;

e.      making any statement or representation whatsoever, with respect to the infringing goods at issue, that falsely designates the origin of the products as those of Materia, or that is false or misleading with respect to Materia; and

f.      engaging in any other activity, including the effectuation of assignments or transfers of its interests in unauthorized colorable imitations of the MATERIA Marks, or any marks confusingly similar thereto, the formation of other corporations, partnerships, associations or other entities or the utilization of any other devices, for the purpose of circumventing, evading, avoiding or otherwise violating the prohibitions set forth in subsections 3(a) through 3(f) above.

4.      That Merchbar be adjudged to have violated 15 U.S.C. § 1114(1)(a) by infringing the Registered MATERIA Marks.

5.      That Defendants be adjudged to have violated 15 U.S.C. § 1125(a).

15

6.     That Merchbar be adjudged to have infringed upon the MATERIA Marks in violation of the common law of the State of New York.

7.     That Merchbar be adjudged to have engaged in unfair competition in violation of the statutory and common law of the State of New York.

8.     Directing Merchbar to cease any and all further exploitation of godds or services through any online outlet under or in connection with the MATERIA Marks and/or any marks that are confusingly similar thereto.

9.     Directing such other relief as the Court may deem appropriate to prevent the trade and public from deriving any erroneous impression that any product at issue in this case that has been offered for sale, sold and/or otherwise circulated or promoted by Merchbar is authorized or sponsored by Materia and/or is related to or associated in any way with Materia and/or Materia's products.

10.     Requiring Merchbar to account and pay over to Materia, all profits realized by its wrongful acts and directing that such profits be enhanced as to Merchbar's willful actions.

11.     Awarding Materia its costs, expenses, reasonable attorneys', investigatory and destruction fees.

12.     Retaining jurisdiction of this action for the purpose of enabling Materia to apply to the Court at any time for such further orders and interpretation or execution of any order entered in this action for the modification of any such order, for the enforcement or compliance therewith and for the punishment of any violations thereof.

13.     Awarding Materia such other and further relief as the Court may deem just and proper.

#12157700v1

## DEMAND FOR TRIAL BY JURY

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff Materia Music, Inc. hereby demands a trial by jury of any issue triable of right by a jury.

By: /s/ Christopher J. Marino

Christopher J. Marino, Esq.
**GIORDANO, HALLERAN & CIESLA, P.C.**
165 Broadway
One Liberty Plaza, 23rd Floor
New York, New York 10006
(732) 741-3900
(732) 224-5482 Fax
cmarino@ghclaw.com
*Attorneys for Plaintiff, Materia Music, Inc.*

DATED: April 24, 2026

#12157700v1