GIORDANO, HALLERAN & CIESLA, P.C.
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
WWW.GHCLAW.COM

**CHRISTOPHER J. MARINO, ESQ.**
SHAREHOLDER
CMARINO@GHCLAW.COM
DIRECT DIAL: (732) 224-6513

*Please Reply To:*
165 BROADWAY
ONE LIBERTY PLAZA
23RD FLOOR
NEW YORK, NY 10006
(732) 741-3900
FAX: (732) 224-6599

August 19, 2026

Client/Matter No. 22720/0008

**Via ECF**

Hon. Katherine Polk Failla, U.S.D.J.
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: Materia Music, Inc. v. Merchbar, Inc.
Southern District of New York Case No. 1:26-cv-03416-KPF

Dear Judge Failla:

This firm is counsel to Plaintiff Materia Music, Inc. ("Plaintiff") in connection with the above-referenced action. I write with the consent of counsel for Defendant, Merchbar, Inc. ("Defendant") to respectfully request a two-week adjournment of the scheduled Initial Pre-Trial Conference. The Pre-Trial conference is currently scheduled for Friday, August 28, 2026. There have been no prior requests for an adjournment of the Initial Pre-Trial Conference and no other scheduled dates have been set that would be affected by this adjournment request.

This adjournment is respectfully requested for two reasons: First, the undersigned has been in ongoing settlement discussions with counsel for Defendant and it is believed that this additional time may facilitate full resolution of this matter. Second, given that Defendant has neither answered nor moved in response to the Complaint, we have requested a clerk entry of default. Accordingly, I therefore respectfully request that the Initial Pre-Trial Conference be adjourned to Friday, September 11, 2026 or such other day and time as is convenient for the Court during that week or thereafter.

Should Your Honor like to speak with counsel regarding this request, we would be happy to make ourselves available at Your Honor's convenience. I thank Your Honor for your consideration of this matter.

Respectfully submitted

s/Christopher J. Marino

CHRISTOPHER J. MARINO

cc: Michael A. Johnson, Esq. (via email: mjohnson@je.legal)

Application GRANTED in part. The initial pretrial conference currently scheduled for August 28, 2026, is hereby ADJOURNED to **September 29, 2026** at **12:00 p.m.** The conference will be held telephonically. At the scheduled date and time, the parties are to call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 13.

Dated: August 20, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE